1  Scott A. Mossman, State Bar No. 227178
   1305 Franklin St., Ste. 201
2  Oakland, CA 94612
   Tel. (510) 835-1115
3  Fax (510) 835-1116
   scott@smossmanlaw.com
4
   Attorney for Plaintiff Khaled M. Nawaya.
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISION**

11

12  Khaled Mohammed NAWAYA              **Case No. C05-02489 CW**

13         Plaintiff,

14         v.                            **STIPULATION AND**
                                         **ORDER TO ENLARGE TIME SET BY**
15  David N. STILL, Director of the San  **CIVIL LOCAL RULE 16-5**
    Francisco District, United States Citizenship
16  and Immigration Services,

17         Defendant.

18  _____/

19

20      Plaintiff Nawaya and Defendant Still, by and through their undersigned attorneys,

21  hereby stipulate to and the Court orders:

22      1.     The time frames established by Civil Rule 16-5 shall not apply in this case.

23

24

Stipulation and [Proposed] Order to Enlarge Time Set by Civil L.R. 16-5         1
C05-02489 CW

2. The time for defendant to file the certified administrative record shall be no later than October 14, 2005, the date set by the Court for completion of initial disclosures.

3. The time for filing motions for summary judgment shall be set by the Court at the case management conference scheduled for October 28, 2005, at 1:30 PM.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED: _____       _____
                                   Scott A. Mossman, Attorney for Plaintiff Nawaya [1]

DATED: _____       _____
                                   Edward A. Olsen, Attorney for Defendant Still

PURSUANT TO STIPULATION, IT IS SO ORDERED:

         9/19/05                        /s/ CLAUDIA WILKEN
DATED: _____       _____
                                   The Honorable Claudia Wilken
                                   United States District Judge

---

[1] I attest that the content of this electronically filed document is acceptable both to myself and to the attorney for Defendant Still, Edward A. Olsen.