| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| KHALED MOHAMMED NAWAYA, | ) | |
| Plaintiff, | ) | No. C-05-2489 CW |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING STIPULATION |
| DAVID N. STILL, Director of the San | ) | EXTENDING DEADLINE FOR CASE |
| Francisco District, United States | ) | MANAGEMENT STATEMENT AND |
| Citizenship and Immigration Services, | ) | CONTINUING CASE MANAGEMENT |
| | ) | CONFERENCE |
| Defendant. | ) | |

On June 20, 2005, Plaintiff filed this complaint challenging Defendant's decision to deny Plaintiff's application for reinstatement of his student status. On July 5, 2005, Plaintiff filed an amended complaint to include Defendant's decision to deny Plaintiff's subsequent motion to reopen and reconsider the denial of reinstatement. Plaintiff had filed a second motion for reconsideration with Defendant on June 29, 2005, and that motion was as of yet undecided. However, on October 12, 2005, Defendant issued a decision on the June 29, 2005 motion for reconsideration. Therefore, Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to an extension of time to file the Case Management Statement and the Case Management Conference in light of Defendant's October 12, 2005 ruling.

Stip. to Extend Time
C 05-2489 CW                                                1

1  In order to allow sufficient time for both parties to review the decision and seek leave to
2  supplement the record and/or the complaint and answer, the parties hereby respectfully ask this
3  Court to extend the dates in the Court's scheduling order as follows:

4     ADR Phone Conference:     October 24, 2005, at 10:30 a.m.
5     Last day to file/serve Joint Case Management Statement:     November 14, 2005
6     Case Management Conference:     December 2, 2005, at 1:30 p.m.

7
8  Date: October 13, 2005     Respectfully submitted,
9      KEVIN V. RYAN
       United States Attorney
10
11
12      /s/
       ILA C. DEISS
       Assistant United States Attorney
13     Attorneys for Defendant
14
15
16  Date: October ___, 2005     /s/
17      SCOTT A. MOSSMAN
       Attorney for Plaintiff
18
19  **ORDER**
20
      Pursuant to stipulation, IT IS SO ORDERED.
21
22
23  Date: 10/18/05     *Claudia Wilken*
24      CLAUDIA WILKEN
       United States District Judge
25
26
27
28

Stip. to Extend Time
C 05-2489 CW     2