Scott A. Mossman, Cal. State Bar No. 227178
1305 Franklin St., Ste. 201
Oakland, CA 94612
Tel. (510) 835-1115
Fax (510) 835-1116
scott@smossmanlaw.com

Attorney for Plaintiff Khaled M. Nawaya.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Khaled Mohammed NAWAYA | **Case No. C05-02489 CW** |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION** |
| David N. STILL, Director of the San Francisco District, United States Citizenship and Immigration Services, | |
| Defendant. | |
| _____ / | |

Plaintiff Nawaya and Defendant Still, by and through their undersigned attorneys, hereby stipulate to and the Court orders voluntary dismissal of the action without prejudice in light of Defendant Still's order dated October 12, 2005. The October 12, 2005, order denies reconsideration of the previous order to deny reinstatement of student status. It relies on,

Stipulation and [Proposed] Order to Voluntarily Dismiss 1
C05-02489 CW

1. among other things, Plaintiff Nawaya's asserted failure to provide adequate evidence of
2. eligibility with the initial application for reinstatement. Plaintiff Nawaya declines to challenge
3. that finding at this time.
4. IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED: 11/8/2005

/s/
_____
Scott A. Mossman, Attorney for Plaintiff Nawaya[1]

DATED: 11/8/2005

/s/
_____
Ila C. Deiss, Attorney for Defendant Still

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 11/14/05

_____
The Honorable Claudia Wilken
United States District Judge

**United States District Court**
**IT IS SO ORDERED**
**Judge Claudia Wilken**
**Northern District of California**

---

[1] I attest that the content of this electronically filed document is acceptable both to myself and to the attorney for Defendant Still, Ila C. Deiss.

Stipulation and [Proposed] Order to Voluntarily Dismiss    2
C05-02489 CW